ALYS MOEHLENPAH, Appellant, v. MARTIN LEFCORT, Respondent.—

No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.